# EXHIBIT 1

**From:** Terra Laughton
**To:** FLX-ExecAssistant-S@bop.gov
**Subject:** Wayne Bridgewater (Reg. No. 20220-148)
**Date:** Wednesday, September 4, 2024 4:39:00 PM

Good afternoon,

I am a Deputy Federal Public Defender representing Wayne Bridgewater, Register Number 20220-148. I am writing to present this administrative request for his compassionate release and/or reduction in sentence pursuant to 18 U.S.C. §§ 3582(c) and 4205(g), BOP Program Statement 5050.50, and U.S.S.G. § 1B1.13.

Mr. Bridgewater is now 72 years old. He was sentenced in 2008 to life and life without the possibility of release, and has served over 16 years in prison since being sentenced.

Pursuant to Program Statement 5050.50, Mr. Bridgewater qualifies for compassionate release under the "other elderly inmates" category. He meets the minimum age requirement of 65 years (he is 72) and has served at least 10 years of his prison term (he has served over 16 years just since sentencing). He also suffers from multiple conditions related to the aging process from which he is not expected to recover despite treatment. These include high blood pressure and issues related to stenosis in his back, which causes chronic and severe pain that radiates to other parts of his body. *See also* U.S.S.G. § 1B1.13(b)(1)(B), (b)(2).

Taken together, Mr. Bridgewater's advanced age, his irreversible health issues, and his positive programming as shown in his BOP files constitute extraordinary and compelling circumstances that could not reasonably have been foreseen by the court at the time of sentencing. Further, given his age, poor health, positive programming while within BOP and the amount of sentence served, Mr. Bridgewater's release would not pose a danger to the safety of others or the community. If released, Mr. Bridgewater would live with his mother, Betty Bridgewater, in Washington. My office's social services unit will help him obtain healthcare and other necessary social support.

If you have any questions or need further documentation, please do not hesitate to contact me. Please confirm receipt of this request for purposes of administrative exhaustion under § 3582(c)(1)(A). Thank you for your time and attention to this matter.

Best,
Terra



**Terra D. Castillo Laughton**
(she/her/hers)
**Deputy Federal Public Defender**
**Office of the Federal Public Defender**
**Central District of California**
411 West Fourth Street, Suite 7110 | Santa Ana, CA 92701 | fpdcdca.org
**Office:** 714-338-4526 | **Fax:** 714-338-4520 | **Main:** 714-338-4500