# EXHIBIT 3

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BRIDGEWATER, WAYNE K | | Reg #: | 20220-148 |
| Date of Birth: | ▮▮▮▮▮ | Sex: M  Race: WHITE | Facility: | FLM |
| Encounter Date: | 08/22/2021 10:10 | Provider: Nott, B. RN | Unit: | L01 |

Emergency - Trauma encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**          Provider:  Nott, B. RN

Chief Complaint:   Open Wound(s)

Subjective:     Inmate is post-op spinal decompression and fusion on July 26, 2021. Today inmate stated he
was showering when he felt "something split open on his neck." When medical arrived inmate
removed towel that was covered in minimal-moderate blood and noticed a dehiscing of the
wound.

**Pain:**          Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 08/22/2021 10:21 |
| Location: | Neck-Back |
| Quality of Pain: | Pins and Needles |
| Pain Scale: | 7 |
| Intervention: | Sent to local hospital |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | <30 Minutes |
| Duration: | <30 Minutes |
| Exacerbating Factors: | Movement |
| Relieving Factors: | Denies |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/22/2021 | 09:00 FLX | 98.9 | 37.2 | Temporal | Nott, B. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/22/2021 | 10:03 FLX | 74 | Via Machine | | Nott, B. RN |
| 08/22/2021 | 09:47 FLX | 76 | Via Machine | | Nott, B. RN |
| 08/22/2021 | 09:00 FLX | 86 | Via Machine | | Nott, B. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/22/2021 | 10:03 FLX | 18 | Nott, B. RN |
| 08/22/2021 | 09:47 FLX | 18 | Nott, B. RN |
| 08/22/2021 | 09:00 FLX | 18 | Nott, B. RN |

| Inmate Name: | BRIDGEWATER, WAYNE K | | | Reg #: | 20220-148 |
|---|---|---|---|---|---|
| Date of Birth: | ▮▮▮▮▮▮▮ | Sex: M   Race: WHITE | | Facility: | FLM |
| Encounter Date: | 08/22/2021 10:10 | Provider: Nott, B. RN | | Unit: | L01 |

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
|---|---|---|---|

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 08/22/2021 | 10:03 FLX | 138/85 | Right Arm | Sitting | | Nott, B. RN |
| 08/22/2021 | 09:47 FLX | 135/79 | Right Arm | Sitting | | Nott, B. RN |
| 08/22/2021 | 09:00 FLX | 157/84 | Right Arm | Sitting | | Nott, B. RN |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 08/22/2021 | 10:03 FLX | 98 | Room Air | Nott, B. RN |
| 08/22/2021 | 09:47 FLX | 100 | Room Air | Nott, B. RN |
| 08/22/2021 | 09:00 FLX | 93 | Room Air | Nott, B. RN |

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Alert and Oriented x 3

**Skin**

**Wound**

Yes: Wounds present, Full Dehiscence, Moderate amount of drainage, Wound Deteriorating

**Neck**

**General**

Yes: Trachea Midline

**Musculoskeletal**

Yes: Trauma

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Observation**

Yes: Within Normal Limits, Normal Rate

**ASSESSMENT:**

Other

Inmate was seen after officers notified medical inmate was bleeding from incision site. Inmate had a decompression and fusion of spine on July 26, 20201. Upon assessment dehiscence of wound present. Moderate blood loss. Approximately 5in down and 2-3in across. Spine was visible. Inmate brought to medical where wound was packed with sterile gauze (8 pieces) and water and covered with ABD. Dressing was changed once before AMR arrived due to drainage. Vitals remained stable and inmate was aox3 through the whole assessment. Pain remained at a 7/10 but inmate noticed an increase in numbness and tingling in his spine. Minimal movement was attempted but unable to place a c-collar due to the location of wound. 20g IV placed in left FA on second attempt. NS fluids running slowly. Lungs CTA. No SOB or difficulty breathing. Transferred to AMR stretcher with minimal assistance. PERRLA. On-call provider was notified and

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name:  BRIDGEWATER, WAYNE K | | | | Reg #:  20220-148 | |
| Date of Birth: | | Sex:  M   Race:  WHITE | | Facility:  FLM | |
| Encounter Date:  08/22/2021 10:10 | | Provider:  Nott, B. RN | | Unit:  L01 | |

orders received. Medication, history, and allergies reviewed.

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 08/22/2021 | 08/22/2021 | Emergent | No | |

    Subtype:

        Emergency Room

    Reason for Request:

        Dehiscence of surgical wound to spine

**Disposition:**

    Transfer to Local Hospital

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/22/2021 | Counseling | Plan of Care | Nott, B. | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes    **By:** Resto, William MD/CD

**Telephone or Verbal order read back and verified.**


Completed by Nott, B. RN on 08/22/2021 10:33

Requested to be cosigned by  Resto, William MD/CD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Oba, D. MD.

Review documentation will be displayed on the following page.

Ex. 3 -  003

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BRIDGEWATER, WAYNE K | | | Reg #: | 20220-148 |
| Date of Birth: | ▮▮▮▮▮▮ | Sex: | M    Race: WHITE | Facility: | FLM |
| Note Date: | 08/25/2021 12:54 | Provider: | Costello, D. MSW, LCSW | Unit: | OUT |

Admin Note - Community Hospital Report encounter performed at Other.
**Administrative Notes:**

    ADMINISTRATIVE NOTE    **1**         Provider:  Costello, D. MSW, LCSW

On 08/25/2021 at 12:32 I contacted Jill McCoy (719) 571-3021, the assigned case manager for Inmate BRIDGEWATER, Wayne #20220-148. Yesterday, Inmate BRIDGEWATER underwent a procedure for debridement of his cervical wound. He currently has a Hemavac drain in place and is waiting to be seen by the infectious disease physician for antibiotic selection. He has been able to get out of bed and transfer independently to the chair in his room. He has been discharged from occupational therapy as well as physical therapy. Currently, the anticipated date for discharge is either tomorrow, 08/26/2021 or Friday, 08/27/2021. This will likely be dependent upon the antibiotics recommended by the infectious disease physician. The hope is that the doctor will order oral antibiotics and there will be no need for IV antibiotics. It is also unclear (as of the time of this update) if Inmate BRIDGEWATER will be discharged with the wound vac or if the drain can be removed prior to discharge. Ms. McCoy requested that we contact her again tomorrow for an update.

**Copay Required:** No         **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Costello, D. MSW, LCSW on 08/25/2021 12:55

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BRIDGEWATER, WAYNE K | | Reg #: | 20220-148 |
| Date of Birth: | ▮▮▮▮▮▮ | Sex: M   Race: WHITE | Facility: | FLM |
| Encounter Date: | 09/10/2021 12:32 | Provider: Oba, D. MD | Unit: | F04 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:  Oba, D. MD

Chief Complaint:   ORTHOPEDIC/RHEUMATOLOGY

Subjective:   Follow up for cervical neck decompression of spinal stenosis and foraminal stenosis. Post wound dehiscence repair. No neck swelling or drainage. Back to surgery yesterday and had half of the sutures removed. To return next week to have the remaining sutures removed. More range of motion in the left shoulder but less in the right. Still with numbness in both hands. Pain pills help for a few hours. less with the dose decreased to 2 from three twice daily. No constipation.
Still has itching redness and some hives on both wrists now worse right than left. No other rash. Redness and itching worse with handcuffs and black box. ? nickel allergy.

ALLERGY: SULFA

**Pain:**       Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 09/10/2021 12:35 |
| Location: | Multiple Locations |
| Quality of Pain: | Intermittent |
| Pain Scale: | 7 |
| Intervention: | percocet 3 bid |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 3-4 Weeks |
| Duration: | 12-24 Hours |
| Exacerbating Factors: | NECK MOVEMENT, HARD COLLAR |
| Relieving Factors: | ROM exercises, percocet |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/10/2021 | 12:36 FLX | 97.3 | 36.3 | Forehead | Oba, D. MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/10/2021 | 12:36 FLX | 67 | Via Machine | | Oba, D. MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/10/2021 | 12:36 FLX | 14 | Oba, D. MD |

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BRIDGEWATER, WAYNE K | | | Reg #: | 20220-148 |
| Date of Birth: | | Sex: M | Race: WHITE | Facility: | FLM |
| Note Date: | 12/03/2021 08:03 | Provider: | Resto, William MD/CD | Unit: | F04 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Resto, William MD/CD

Patient had cervical spine decompression for severe spinal stenosis and foraminal stenosis on 7/26/21 with and anterior fusion, complete laminectomies at C4, C5 and C6 with partial laminectomies at C3 and C7. Plates and screws were placed at C34, C45, C56 and C67. Bone grafts were done from C2 to T2.  He dehisced his wound 8/22/21 and had to have a complete closure done.

He has been treated postoperatively with percocet. Request to change to Kadian was disapproved locally. Non formulary for tramadol was disapproved 8/13/21. Non formulary for gabapentin was disapproved 9/10/21. Non formulary for lyrica was disapproved 11/30/21. Duloxetine resulted in intrusive disturbing visual images and diarrhea.

I have submitted a request for 30 days of percocet 2 po bid on a recurring basis for his unremitting pain. If this is not acceptable please send a treatment plan so the patient can be so informed. Patient most  probably will have   chronic pain  for a long  long time.  May  need  NF  gabapentin  or  lirica.

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Gabapentin Tablet/Capsule ( Neurontin) | 12/03/2021 08:03 |

**Prescriber Order:**     600mg Orally Mouth -   Two Times a Day x 60 day(s) Pill Line Only -- Give a trial of 60 days  to see if medication help on  controlling  patient symptoms.  if medication approved    taper down  percocet until  discontinue.

Indication:   Osteoarthrosis, unspec, shoulder, Nerve pain, neuralgia neuritis,  radiculitis, Cervical disc disorder, unsp, unspecified cervical region

Non-Formulary was created for this drug

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Resto, William MD/CD on 12/03/2021 08:28

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BRIDGEWATER, WAYNE K | | Reg #: | 20220-148 |
| Date of Birth: | ▮▮▮▮ | Sex: M  Race: WHITE | Facility: | FLM |
| Encounter Date: | 08/24/2022 12:37 | Provider: Oba, D. MD | Unit: | F04 |

Physician - Follow up Visit encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT  1          Provider:   Oba, D. MD

Chief Complaint:   ORTHOPEDIC/RHEUMATOLOGY

Subjective:   Repeat kenalog injection to the left shoulder for persistent pain and stiffness. Pain persists after the cervical neck decompression and fusion for severe multiple level spinal stenosis a year ago. Neck remains stiff post fusion. Latissimus dorsi muscle is ok on the right but markedly atrophic on the left. Pain still as limited range of motion with the left arm and shoulder. Pain meds help for several hours but there is never complete pain relief.
  Patient suffered a severe wound dehiscence after his neck surgery requiring debridement, antibiotics post operatively.

The allergies reviewed with patient for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food, and environmental factors.

**Pain:**          Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 08/24/2022 12:40 |
| Location: | Multiple Locations |
| Quality of Pain: | Nagging |
| Pain Scale: | 7 |
| Intervention: | injection left shoulder |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 5+ Years |
| Duration: | 12-24 Hours |
| Exacerbating Factors: | exercise |
| Relieving Factors: | meds, stretching |
| Reason Not Done: | |
| Comments: | |

## OBJECTIVE:
**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 08/24/2022 | 12:41 FLX | | 97.6 | 36.4 | Forehead | Oba, D. MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/24/2022 | 12:41 FLX | 78 | Via Machine | | Oba, D. MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: | BRIDGEWATER, WAYNE K | Reg #: | 20220-148 |
| Date of Birth: | ████████ | Sex: M   Race: WHITE | Facility: FLM |
| Encounter Date: | 03/29/2024 08:32 | Provider: Lukens, David MD | Unit: J01 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT   **1**         Provider:   Lukens, David MD

Chief Complaint:   GENERAL

Subjective:   Endo/lipid, HTN, Orth/Rheum and Mental Health, enlarged prostate.
increased pedal edema
started on Lidocaine patches 3/19/24 for LBP
Telemedicine remote services for chronic care, Clinic (s) listed :
?telemedicine visit for chronic care
Alert, cooperative, oriented, conversant. No acute distress. Vital Signs reviewed.

Blood pressure is elevated at 185/100 repeat was 160/91
Recommend follow-up on blood pressure

TC 205, triglycerides 78, HDL 69, ratio 3.0
Hemoglobin 14.9
Estimated GFR greater than 60 hemoglobin A1c 5.2
Reports history of rare bowel syndrome with the use of the resin material, also reports history of C-spine surgery approximately 2 years ago neck fusion and reports off and on sciatica.
Has a normal PSA low vitamin D at 18.7 with a normal TSH and hemoglobin A1c of 5.2.
Estimated GFR is greater than 60 microalbumin is 1, review medication and recommendations

Pain:   Not Applicable

**Seen for clinic(s):** Endocrine/Lipid, General, Hypertension, Orthopedic/Rheumatology

**ROS:**

**General**

**Constitutional Symptoms**

No: Anorexia, Chills

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/29/2024 | 11:40 FLX | 66 | | | Lukens, David MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/29/2024 | 11:40 FLX | 160/91 | Left Arm | Sitting | | Lukens, David MD |
| 03/29/2024 | 11:40 FLX | 185/100 | | | | Lukens, David MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/29/2024 | 11:40 FLX | 99 | | Lukens, David MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BRIDGEWATER, WAYNE K | | | Reg #: | 20220-148 |
| Date of Birth: | | Sex: M | Race: WHITE | Facility: | FLM |
| Note Date: | 11/19/2024 07:32 | Provider: | Maltezo, Seana FNP-BC | Unit: | J01 |

**Reviewed Health Status:**   No

Review Note - Report Review encounter performed at Health Services.

**Administrative Notes:**

   ADMINISTRATIVE NOTE   **1**         Provider:  Maltezo, Seana FNP-BC

   Reviewed CT of abd/pelvis which shows multiple splenic lesions along with dilation of the pancreatic duct up to 6mm. Placing consult for GI specialist for further evaluation.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Gastroenterology | 01/18/2025 | 01/18/2025 | Urgent | No | |

   Subtype:

      Offsite Appt- other NOS

   Reason for Request:

      Reviewed CT of abd/pelvis which shows multiple splenic lesions along with dilation of the pancreatic duct up to 6mm and common bile duct up to 12mm. Placing consult for GI specialist for further evaluation. Please schedule IM for further evaluation based on pain and CT findings.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Maltezo, Seana FNP-BC on 11/19/2024 08:37

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BRIDGEWATER, WAYNE K | | Reg #: | 20220-148 |
| Date of Birth: | ██████ | Sex: M    Race: WHITE | Facility: | FLM |
| Note Date: | 01/14/2025 11:37 | Provider: Maltezo, Seana FNP-BC | Unit: | J01 |

**Reviewed Health Status:**    Yes

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

   ADMINISTRATIVE NOTE    **1**        Provider:  Maltezo, Seana FNP-BC

      IM had MRI done 9/8/24 and disc was sent with to neurosurgery appointment. Issue with the disc and neurosurgeon would like a new MRI to see the images. Placing consult.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | (b) (7)(F) | ██████ | Urgent | No | |

   Subtype:

      MRI, Offsite

   Reason for Request:

      IM had MRI done 9/8/24 which showed moderate to severe central spinal stenosis, medium to large caudal-directed, left paracentral disc extrusion at L2-L3 displaces and compresses traversing left L3 nerve roots at the left lateral recess, potentially compresses multiple additional traversing nerve roots of the cauda equina and contributes to severe central spinal stenosis and severe left recess stenosis. IM in constant pain and on chronic pain meds. No saddle esthesia or change in bowel or bladder habits. Please schedule IM for new MRI and get the images for them to see. If need to do at Penrad so the neurosurgeon can see the imaging, please make this happen.

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Maltezo, Seana FNP-BC on 01/14/2025 11:47

- MVA (motor vehicle accident)
- Postoperative delirium

BRIDGEWATER,WAYNE
20220-748

## Past Surgical History

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| · APPENDECTOMY | | 1974 |
| · GALLBLADDER SURGERY | | 2006 |
| · HERNIA REPAIR | | |
| · NECK SURGERY | | 07/26/2021 |
| C3-7 ACDF C2-T2 PSF | | |
| · PR ARTHRODESIS ANT INTERBODY INC DISCECTOMY, | N/A | 7/26/2021 |
| CERVICAL BELOW C2 | | |

Procedure: C3-C7 ACDF; Surgeon: Sergiu Botolin, MD; Location: SFM Main OR; Service: Orthopedic Surgery

## Family History

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| · Hyperlipidemia | Mother | |
| · Hypertension | Mother | |
| · Alcohol abuse | Father | |

## Social History

Social History

Tobacco Use
- Smoking status:              Former
  - Current packs/day:         0.00
  - Average packs/day:         1 pack/day for 40.0 years (40.0 ttl pk-yrs)
  - Types:                     Cigarettes
  - Start date:                1966
  - Quit date:                 2006
  - Years since quitting:      19.0
- Smokeless tobacco:           Former
  - Types:                     Snuff, Chew

Vaping Use
- Vaping status:               Never Used

Substance Use Topics
- Alcohol use:                 Not Currently
- Drug use:                    Not Currently

## Review of Systems

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for abdominal pain, constipation and diarrhea.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for arthralgias and neck pain.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.

FLM ✗ FLORENCE

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BRIDGEWATER, WAYNE K | | | Reg #: | 20220-148 |
| Date of Birth: | ▓▓▓▓ | Sex: M | Race: WHITE | Facility: | FLM |
| Note Date: | 01/29/2025 07:05 | Provider: | Oba, D. MD | Unit: | J01 |

**Reviewed Health Status:**   No

Cosign Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:  Oba, D. MD

General surgery evaluation 1/8/25 for dilated pancreatic and biliary ducts, scattered hemangiomas of the spleen. Hx IBS, cervical neck fusions.
Requested CT of the abdomen with and without contrast with pancreatic protocol, GI consult for US exam, and RTC thereafter.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | (b) (7)(F) | ▓▓▓▓ | Routine | No | |

Subtype:

CT Scan, with contrast

Reason for Request:

Post general surgery exam 1/8/25 for dilated pancreatic and biliary ducts, scattered hemangiomas of the spleen. General surgery requests CT of the abdomen with and without contrast via pancreatic protocols. Requesting same.

Provisional Diagnosis:

IBS
HTN
cervical neck fusion
Reflux

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Oba, D. MD on 01/29/2025 07:09

Ex. 3 - 012

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BRIDGEWATER, WAYNE K | | Reg #: | 20220-148 |
| Date of Birth: | ▮▮▮▮▮▮▮ | Sex: M   Race: WHITE | Facility: | FLM |
| Encounter Date: | 02/04/2025 06:48 | Provider: Maltezo, Seana FNP-BC | Unit: | J01 |

**Reviewed Health Status:**   Yes

Advanced Practice Provider - Follow up Visit encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT   **1**        Provider:   Maltezo, Seana FNP-BC

Chief Complaint:   Pain

Subjective:   Inmate was seen today for follow to renew his Percocet. Inmate states his pain is currently
9/10. He does state that he just received his medication for the morning. He states that the
Percocet does help with his pain and will decrease it down to a 6/10. Inmate denies any side
effects from the medication. He states that he would like to continue to take it at this time. He
states that he is able to function better throughout the day when he has his medication to
include his ADLs.

He was seen cell side today. He was sitting on his bed when I entered in front of his cell. He
stood up without pushing up from the bed, slowly. He walked over to the door slow w/ a limp.
He was pleasant for his visit. Breathing was even and unlabored. He was alert and oriented x
4. He did appear to be in pain.

Plan:
Continue Percocet

**Pain:**        Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 01/09/2025 12:03 |
| Location: | Back-Lower |
| Quality of Pain: | Pins and Needles |
| Pain Scale: | 9 |
| Intervention: | pain medication |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 2-6 Months |
| Duration: | 6-12 Months |
| Exacerbating Factors: | walking, prolonged sitting |
| Relieving Factors: | pain meds |
| Reason Not Done: | |
| Comments: | |

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Sulfa Antibiotics | Intolerance-other | Swollen Tongue |
| Statins | Intolerance-other | muscle pain simvastatin 11/2009 pravastatin 6/2017 |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs,
materials, food and environmental factors with the patient on 02/04/2025 06:48 by Maltezo, Seana FNP-BC

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BRIDGEWATER, WAYNE K | | Reg #: | 20220-148 |
| Date of Birth: | ██████████ | Sex: M   Race: WHITE | Facility: | FLM |
| Encounter Date: | 03/20/2025 15:31 | Provider: Maltezo, Seana FNP-BC | Unit: | J01 |

**Reviewed Health Status:**   Yes

Advanced Practice Provider - Medical Trip Return encounter performed at Receiving & Discharge.

**SUBJECTIVE:**

COMPLAINT   **1**        Provider:   Maltezo, Seana FNP-BC

Chief Complaint:   Medical Trip Return

Subjective:   IM returned from med trip return after MRI and CT done. He denies any complications on the med trip. Endorses his pain is 8/10 currently. IM was released back to his housing unit in wheelchair.

**Pain:**        Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 03/20/2025 15:32 |
| Location: | Back-Lower |
| Quality of Pain: | Radiating |
| Pain Scale: | 8 |
| Intervention: | continue w/ current tx |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 5+ Years |
| Duration: | 5+ Years |
| Exacerbating Factors: | see note |
| Relieving Factors: | see note |
| Reason Not Done: | |
| Comments: | |

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Sulfa Antibiotics | Intolerance-other | Swollen Tongue |
| Statins | Intolerance-other | muscle pain<br>simvastatin 11/2009<br>pravastatin 6/2017 |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 03/20/2025 15:31 by Maltezo, Seana FNP-BC

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/20/2025 | 15:30 FLX | 98.6 | 37.0 | | Maltezo, Seana FNP-BC |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BRIDGEWATER, WAYNE K | | | Reg #: | 20220-148 |
| Date of Birth: | | Sex: M | Race: WHITE | Facility: | FLM |
| Note Date: | 06/25/2025 08:02 | Provider: Oba, D. MD | | Unit: | J01 |

**Reviewed Health Status:** No

Cosign Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE  **1**        Provider:  Oba, D. MD

neurosurgical exam 6/10/25 for severe lumbar back pain. MRI shows severe spinal stenosis and severe foraminal stenosis at the L23 and L34 levels. Open posterior decompression and instrumentation was recommended. Consult for surgery.

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Oba, D. MD on 06/25/2025 08:05

Ex. 3 - 015

**Visit Location**

| Name | Address | Phone |
|---|---|---|
| Penrose Hospital Main OR | 2222 N Nevada Ave<br>Colorado Springs CO 80907 | 719-776-5000 |

**Op Note by Sana Ullah Bhatti, MD at 7/2/2025 1:06 PM**

| | | |
|---|---|---|
| Author: Sana Ullah Bhatti, MD | Service: Neurosurgery | Author Type: Physician |
| Filed: 7/2/2025 4:02 PM | Date of Service: 7/2/2025 1:06 PM | Status: Signed |
| Editor: Sana Ullah Bhatti, MD (Physician) | | |

PREOPERATIVE DIAGNOSIS:
Severe degenerative disc disease and left-sided tilt at L2-3 and L3-4 with stenosis at these levels

POSTOPERATIVE DIAGNOSIS:
Same as above

PROCEDURE:
L2-3 and L3-4 decompression laminectomies and left foraminal decompression
Transverse lumbar interbody arthrodesis at L2-3 and L3-4 using locally harvested bone and Stryker Putty 100 DBX and Stryker Cascadia titanium mesh implant
Posterior lateral arthrodesis at L2-3 and L3-4 using locally harvested bone and Stryker Bio 4 DBX
Segmental pedicle screw instrumentation from L2-L4 using Stryker Everest instrumentation system
Use of EMG and SSEP monitoring
Use of O-arm fluoroscopy for localization and for guidance during placement of pedicle screws
Use of an epidural catheter for postoperative pain management

ATTENDING SURGEON:
Sana U. Bhatti, MD.

ASSISTANT:
Ben Williams, PA.
His assistance was essential to the completion of the operation. His contribution included, but was not limited to, initial set up, retraction, suction, to help with visualization, and with closure.

ANESTHESIA:
General endotracheal.

CLINICAL SUMMARY:
Patient presented with low back pain and left leg pain with numbness and paresthesias and a severely antalgic gait. Patient had left leg weakness and left leg atrophy. Patient was found to have very severe degenerative disc disease at L2-3 and L3-4 with left-sided tilt and left lateral recess stenosis and central stenosis at these levels. Patient failed nonsurgical management.
L2-3 and L3-4 decompression with fusion with instrumentation was proposed.
Patient understood the risks and benefits and wished to proceed.

PROCEDURE NOTE:
The patient was taken to the operating room and placed in a supine position and general anesthesia was induced. EMG and SSEP monitoring was begun and was performed during the operation. Screw testing was performed during placement of pedicle screws.

Patient was placed prone over a Jackson table and the lumbosacral region was prepared and draped in the usual

FLM FLORENCE

Bridgewater, Wayne K (MR # CEUL0978756) DOB:
**Op Note by Sana Ullah Bhatti, MD at 7/2/2025 1:06 PM (continued)**

sterile fashion.
25% Marcaine with 1:100,000 epinephrine was injected in the incision site.
A midline incision was made starting from L1-L5.
Dissection was carried down to the fascia, which was incised and the spinous processes in this area were dissected out.
Muscle and periosteum was stripped away from the spinous process and lamina.
The transverse processes at the appropriate levels were dissected out.

The reference frame for the O-arm was attached to a spinous process. An O-arm fluoroscope was brought in and fluoroscopic data was generated. It was entered into the Stealth navigation system.

The image acquisition with the O-arm was directed by me. The O-arm images were then interpreted by me personally.

Pedicle screws were placed bilaterally at L2, L3 and L4.
Using the usual landmarks and the Stealth navigation system for guidance the entry site of a pedicle screw was marked with an awl this was followed by placement of the awl within the pedicle under stereotactic guidance, this was followed by a tap and then by a pedicle screw. This procedure was repeated to place the rest of the screws.
6.5 mm diameter 45 mm long screws were placed in L2, L3 and L4.

Excellent placement of the screws was confirmed using O-arm fluoroscopy.

Decompression laminectomies were performed at L2-3, and L3-4.
The the superior spinous process and the inferior spinous process at the appropriate level were partially resected. The superior lamina was thinned down using Leksell rongeurs and high-speed drill. This thinned down the lamina was then resected using Kerrison punches. Kerrison punches were used to widen the laminectomies. Bilateral medial facetectomies were performed. The ligamentum flavum was elevated away from the thecal sac and was resected.

Decompression laminectomies, and foraminal decompression and transverse lumbar interbody arthrodesis was performed at L2-3 and L3-4 from the left side.
A pedicle screw distractor was applied to the appropriate pedicles and interspace distraction was applied. The spinous processes were resected. The superior lamina was thinned down using a high-speed drill and the inferior portion of the thinned down lamina was resected using Kerrison punches. The resection was taken laterally. The ligamentum flavum was elevated away from the thecal sac and was resected. The ligamentum flavum was resected from the lateral gutters.
he lateral mass at this level was was resected using a high-speed drill and Kerrison punches. The resection was taken inferiorly to the inferior pedicle and superiorly to the superior pedicle. The ligamentum flavum was resected from the foramen and the exiting nerve root and the thecal sac and the annulus of the disc space was dissected out.
The thecal sac was retracted medially using a nerve root retractor. The annulus of the disc space was incised sharply and the disc space was entered. The disc space was distracted using insert and rotate type distractors. Aggressive discectomy was performed using curettes and pituitary rongeurs. Angled instruments were used to remove the disc and cartilaginous endplate from the opposite side. The endplates were prepared for arthrodesis. Putty 100 DBX was placed anteriorly within the disc space. A Stryker Cascadia titanium mesh implant was packed with locally harvested bone and Putty 100 DBX and was placed within the disc space. It appeared to sit well. Additional DBX was placed posterior to the implant and was pushed to the opposite side. The pedicle screw distraction was relaxed and removed.
7 mm in height implant was placed at L2-3 and L3-4.

FLM FLORENCE

Bridgewater, Wayne K (MR # CEUL0978756) DOB: 
**Op Note by Sana Ullah Bhatti, MD at 7/2/2025  1:06 PM (continued)**

Appropriate length rods were chosen and bent as needed.  They were attached to the pedicle screws using set screws.  The set screws were tightened in the usual amount of torque with pedicle screws being placed in a small amount of compression.

An excellent construct was obtained.

Posterolateral arthrodesis was performed at L2-3 and L3-4.
The transverse processes at the appropriate levels were decorticated.  Locally harvested bone and Bio 4 DBX was placed above the transverse processes.

The wound was copiously irrigated with antibiotic irrigation.
Epidural catheter was brought in through a separate needle puncture and was inserted underneath the residual superior lamina.
A drain was placed above the instrumentation is brought into a separate stab wound.  It was secured at the skin exit site using suture.
A gram of vancomycin powder was sprinkled over the exposed wound.
The fascia was closed using #2 Quill suture.  2-0 Vicryl to close the subcutaneous layer.
Skin was closed using a Zipline device.
Dry sterile dressing was applied.  The patient tolerated the procedure and was placed back in the supine position and was taken to the recovery room.



# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BRIDGEWATER, WAYNE K | | Reg #: | 20220-148 |
| Date of Birth: | ▆▆▆▆▆▆ | Sex: M    Race: WHITE | Facility: | FLM |
| Note Date: | 07/07/2025 10:15 | Provider: Hiner, Michael AHSA | Unit: | J01 |

**Reviewed Health Status:**    Yes

Admin Note - Community Hospital Report encounter performed at Health Services.

**Administrative Notes:**

    ADMINISTRATIVE NOTE    **1**    Provider:   Hiner, Michael AHSA

Name of Hospital / Location (City, State): Penrose Main Colorado Springs

Phone Number: 719 776 5000

Hospital Staff Contact Name/Title: Primary Nurse Erin

Unit: Med-Surg 8th floor

Date of admission: 7/2/25

Patient History: See BEMR

Presenting Problem: IM post-op lumbar neurosurgery r/t moderate to severe central spinal stenosis, moderate bilateral lateral recess stenosis, multiple traversing nerve roots potentially compressed. medium to large caudally directed, left paracentral disc extrusion at L2-4, potentially compressed multiple traversing nerve roots of the cauda equina contributing to severe central spinal stenosis and severe left lateral recess stenosis with moderate to severe left neural foraminal narrowing. Enlarged pancreatic and common bile ducts, lesions noted on T1, T2, L4, L5.

Reason for Admission: 3-5 day anticipated post scheduled surgery admission

Anticipated date of discharge: 7/7/25

HOSPITAL PROGRESS NOTE:

Discussed with primary nurse overseeing his care at 8:55 AM.
IM 5 days post op lumbar surgery completed 7/2/25.
No complications with surgery.
Epidural and foley have been removed.
PO narcotics and PRN muscle relaxers for pain control.
Bandage to surgical site is clean, dry and intact. No signs of infection noted when changed this morning.
No dietary restrictions and have been eating every meal.
IM up walking with PT during report. Ambulating independently with a cane.
No BM since surgery. Has been provided several stool softeners today. Discharged from Neurosurgeons care.
Discharge likely today vs tomorrow pending PT clearance and BM.

Current Condition: STABLE
INTUBATED: No
OXYGEN REQUIRED: No
LINES/TUBES/DRAINS: N/A.
IV FLUIDS: No
IV MEDS: No
FEEDING TUBES: No
ISOLATION: No
Requires ADL assistance: No
Any Restrictions/Activities: ambulating with cane and brace

Ex. 3 -  019

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BRIDGEWATER, WAYNE K | | Reg #: | 20220-148 |
| Date of Birth: | ▉▉▉▉▉ | Sex: M    Race: WHITE | Facility: | FLM |
| Encounter Date: | 07/14/2025 12:49 | Provider: Oba, D. MD | Unit: | C03 |

**Reviewed Health Status:**  Yes

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT   **1**        Provider:  Oba, D. MD

Chief Complaint:   ORTHOPEDIC/RHEUMATOLOGY

Subjective:    follow up post lumbar back surgery. Okay moving around with his back brace in place. No bowel or bladder control issues. Sore along the incision line. Pain is not better, no worse than prior to surgery. Fair pain relief with the gabapentin and percocet.

ALLERGIES SULFA

**Pain:**           Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 07/14/2025 12:50 |
| Location: | Multiple Locations |
| Quality of Pain: | Intermittent |
| Pain Scale: | 8 |
| Intervention: | continue regular medications |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 5+ Years |
| Duration: | 12-24 Hours |
| Exacerbating Factors: | back bending |
| Relieving Factors: | lying down |
| Reason Not Done: | |
| Comments: | |

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Sulfa Antibiotics | Intolerance-other | Swollen Tongue |
| Statins | Intolerance-other | muscle pain simvastatin 11/2009 pravastatin 6/2017 |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 07/14/2025 12:49 by Oba, D. MD

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/14/2025 | 12:50 FLX | 96.6 | 35.9 | Forehead | Oba, D. MD |

Ex. 3 - 020

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BRIDGEWATER, WAYNE K | | | Reg #: | 20220-148 |
| Date of Birth: | | Sex: M | Race: WHITE | Facility: | FLM |
| Note Date: | 07/14/2025 09:54 | Provider: | Oba, D. MD | Unit: | C03 |

**Reviewed Health Status:** No

Review Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE  **1**          Provider:  Oba, D. MD

abdominal MRI shows dilated common bile duct and pancreatic duct. Repeat MRI 6 months, Multiple spleen lesions, benign

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | (b)(7)(F) | | Routine | No | |

Subtype:

MRI, Offsite

Reason for Request:

recent MRI of the abdomen shows dilated ducts in the liver and pancreas without a discrete mass or obstruction. recommendation for a repeat MRI n 6 months. There are several benign appearing lesions in the spleen. Requesting repeat off site MRI of the abdomen for the dilated liver and pancreas ducts

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Oba, D. MD on 07/14/2025 09:57

Ex. 3 - 021

7/23/25, 8:28 AM                    Bridgewater, Wayne K (MRN CEUL0978756) DOB: ████████ Encounter Date: 07/15/2025

## Bridgewater, Wayne K

**Office Visit** 7/15/2025
CommonSpirit Neurosurgery
Penrose

**Provider:** Benjamin W Williams, PA-C (Neurosurgery)
**Primary diagnosis:** Degeneration of intervertebral disc of lumbar region with discogenic back pain and lower extremity pain

Bridgewater, Wayne
20220-148

## Progress Notes

neurosurgery Consult Note:

### Assessment

Mr. Wayne Bridgewater is a 72-year-old male inmate with a history of a C3-C7 ACDF followed by a C2-T2 posterior cervical fusion on 7/26/2021 by Dr. Botolin. Patient did well postoperatively. Patient is here for low back pain that has become severe over the last 2 years. On lumbar MRI patient was found to have a right convex scoliosis with a right-sided tilt at L4-L5 and a significant left-sided tilt L3-L4 and L2-L3. There was significant left foraminal stenosis at these levels as well as severe central stenosis. On physical exam patient had severe low back pain radiating to the left anterior thigh with numbness and paresthesias. He had a severe antalgic gait, he had left leg weakness with left leg atrophy.

Patient has now status post an open L2-L3 and L3-L4 decompression with fusion with instrumentation. Patient appears to be doing well. I have asked him to increase his activity level gradually.

Patient follow-up in 1 month with lumbar x-rays.

### Subjective

Mr Wayne Bridgewater is a 72-year-old male inmate with a history of a anterior cervical discectomy and decompression from C3-C7 with fusion with instrumentation followed by a C2-T2 posterior cervical fusion on 7/26/2021 by Dr. Botolin. Patient states that he did well postoperatively.
Patient was referred to us for low back pain that developed over 10 years ago. He complained of 10/10 sharp shooting pain in the low back rating to the left anterior thigh. He had numbness and paresthesias in same distribution. He was found to have a right convex scoliosis with a right-sided tilt L4-L5 and a significant left-sided tilt of L3-L4 and L2-L3. Patient underwent a open L2-L3 and L3-L4 decompression with fusion with instrumentation on 7/2/2025. Patient is here for his 1 week follow-up. He states that the pain in the left anterior thigh is improving with time. He denies any new numbness or paresthesias.

Current Outpatient Medications:
• amLODIPine (NORVASC) 5 MG tablet, Take 5 mg by mouth daily., Disp: , Rfl:          FLM          FLORENCE
• bisacodyL (DULCOLAX) 5 mg EC tablet, Take 2 tablets (10 mg) by mouth daily as needed for constipation., Disp: 14 tablet, Rfl: 0

Bridgewater, Wayne K DOB ████████ printed at 7/23/2025 8:28 AM                                                    1/5

Bridgewater, Wayne K (MRN CEUL0978756) DOB: ▮▮▮ Encounter Date: 07/15/2025

- cholecalciferol (vitamin D3) (Vitamin D3) 50 mcg (2,000 unit) capsule, Take by mouth daily., Disp: , Rfl:
- cholestyramine (QUESTRAN) 4 gram packet, Take 1 packet by mouth daily. Mix contents of one packet in a glass of water – stir well then consume glassful of solution by moutha , Disp: , Rfl:
- docusate sodium (COLACE) 100 MG capsule, Take 100 mg by mouth 2 times a day. Take with a glassful of water, Disp: , Rfl:
- docusate sodium (COLACE) 100 MG capsule, Take 2 capsules (200 mg) by mouth 2 times a day., Disp: 120 capsule, Rfl: 0
- gabapentin (NEURONTIN) 100 MG capsule, Take 100 mg by mouth 3 times a day., Disp: , Rfl:
- hydroCHLOROthiazide (MICROZIDE) 12.5 mg capsule, Take 12.5 mg by mouth daily Indications: visible water retention., Disp: , Rfl:
- lisinopriL (ZESTRIL, PRINIVIL) 40 MG tablet, Take 40 mg by mouth daily., Disp: , Rfl:
- methocarbamoL (ROBAXIN) 750 MG tablet, Take 1 tablet (750 mg) by mouth every 8 hours as needed for muscle spasms, Disp: 20 tablet, Rfl: 0
- metoprolol tartrate (LOPRESSOR) 25 MG tablet, Take 12.5 mg by mouth 2 times a day., Disp: , Rfl:
- oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet, Take 3 tablets by mouth 2 times a day as needed for moderate pain., Disp: , Rfl:

## Allergies

| Allergen | Reactions | |
|---|---|---|
| • Statins-Hmg-Coa Reductase Inhibitors | Unknown | Bridgewater, Wayne 20220-148 |
| • Sulfa (Sulfonamide Antibiotics) *UNSURE* | Unknown | |

## Past Medical History:

| Diagnosis | Date |
|---|---|
| • Arthritis | |
| • Cervical spondylosis with radiculopathy | 02/20/2019 |
| • Environmental allergies | |
| • GERD (gastroesophageal reflux disease) | |
| • Head injury | |
| • Hearing loss | |
| • Hyperlipidemia | |
| • Hypertension | |
| • IBS (irritable bowel syndrome) | |
| • Infectious viral hepatitis *Hep A and C* | |
| • Kidney stone | |
| • MVA (motor vehicle accident) | |

## Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • APPENDECTOMY | | 1974 |
| • GALLBLADDER SURGERY | | 2006 |
| • HERNIA REPAIR *2o23 ventral* | | |
| • NECK SURGERY *C3-7 ACDF C2-T2 PSF* | | 07/26/2021 |
| • PR ARTHRODESIS ANT INTERBODY INC DISCECTOMY, CERVICAL BELOW C2 | N/A | 07/26/2021 |

*Procedure: C3-C7 ACDF; Surgeon: Sergiu Botolin, MD; Location: SFM Main OR; Service: Orthopedic Surgery*

## Social History

Occupational History
- Not on file
Tobacco Use

FLM FLORENCE

- Smoking status:                    Former
  Current packs/day:                 0.00
  Average packs/day:                 1 pack/day for 40.0 years (40.0 ttl pk-yrs)
  Types:                             Cigarettes
  Start date:                        1966
  Quit date:                         2006
  Years since quitting:              19.5
- Smokeless tobacco:                 Former
  Types:                             Snuff, Chew
Vaping Use
- Vaping status:                     Never Used
Substance and Sexual Activity
- Alcohol use:                       Not Currently
- Drug use:                          Not Currently
- Sexual activity:                   Not Currently
  Partners:                          Female
  Birth control/protection:          Female Sterilization

Bridgewater, Wayne
20220-148

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hyperlipidemia | Mother | |
| • Hypertension | Mother | |
| • Alcohol abuse | Father | |

## REVIEW OF SYSTEMS ENT ADULT

**Objective:**

### Objective

There were no vitals filed for this visit.

| General | Pleasant in NAD |
|---|---|
| Respirations | Clear to auscultation |
| Cardiac | Normal auscultation |
| Back | Slight tenderness to palpation |
| Incision | Clean dry and intact |
| Musculoskeletal | No signs of swelling or discoloration of the lower extremities |
| Neuro | Awake,Conversant |
| | Motor intact |
| | Normal sensation to lower extremities |
| | Strength 5/5 symmetric |

#### Imaging:

Cervical x-rays from 11/18/2021 show anterior cervical discectomy and fusion with interbody hardware at C3-4, C4-5, C5-6 and C6-7; there is posterior lateral mass and pedicle screw instrumentation from C2-T2. Lumbar MR from 03/20/2025 shows right convex scoliosis, there is a right-sided tilt at L4-5 with a significant left-sided tilt at L3-4 and L2-3; L3-4 shows a left-sided tilt with degenerative disc disease which is worse on the left with left-sided endplate reaction with left foraminal stenosis; L2-3 shows a significant left-sided tilt with left-sided degenerative disc disease and left-sided endplate reaction with severe left foraminal stenosis and significant central stenosis.
Lumbar x-rays from 04/01/2025 shows significant right convex scoliosis with a right-sided tilt at L5-S1 and L4-5 and significant left-sided tilt at L3-4 and L2-3.

FLM  FLORENCE

Ex. 3 - 024

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: | BRIDGEWATER, WAYNE K | | Reg #: 20220-148 |
| Date of Birth: | ▮▮/▮/▮▮ | Sex: M  Race: WHITE | Facility: FLM |
| Encounter Date: | 08/21/2025 15:20 | Provider: Maltezo, Seana FNP-BC | Unit: C03 |

**Reviewed Health Status:**   Yes

Advanced Practice Provider - Follow up Visit encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT   **1**      Provider:   Maltezo, Seana FNP-BC

Chief Complaint:   Pain

Subjective:   Inmate was seen today for follow to renew his Percocet. Inmate states his pain is currently 8.5/10. He does state that he has not received his medication for the morning yet. He states that the Percocet does help with his pain and will decrease it down to a 7/10. Inmate denies any side effects from the medication. He states that he would like to continue to take it at this time. He states that he is able to function better throughout the day when he has his medication to include his ADLs.

He was seen cell side today. He was pleasant for his visit. Breathing was even and unlabored. He was alert and oriented x 4. He was in no apparent distress at this time.

Plan:
Continue Percocet

**Pain:**         Not Applicable

---

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Sulfa Antibiotics | Intolerance-other | Swollen Tongue |
| Statins | Intolerance-other | muscle pain simvastatin 11/2009 pravastatin 6/2017 |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 08/21/2025 15:20 by Maltezo, Seana FNP-BC

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/21/2025 | 15:20 FLX | 60 | Via Machine | | Maltezo, Seana FNP-BC |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/21/2025 | 15:20 FLX | 16 | Maltezo, Seana FNP-BC |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/21/2025 | 15:20 FLX | 151/79 | Wrist Monitor | Standing | | Maltezo, Seana FNP-BC |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/21/2025 | 15:20 FLX | 97 | Room Air | Maltezo, Seana FNP-BC |

Ex. 3 -  025