# EXHIBIT 7

# Certificate of Completion

awarded to

## Wayne Bridgewater

August 2015
for completing The Wellness Course
ADX Florence, Colorado

*J. Dahlquist*

J. Dahlquist, Recreation Specialist

# Certificate of Completion

Awarded to

## Wayne Bridgewater

May 2018

For completing Adult Continuing Education Course

"The Human Body"

ADX Florence, Colorado

_____
J. Martinez, Education Specialist

# Certificate of Completion

Awarded to

## Wayne Bridgewater

October 2018

For completing Adult Continuing Education Course
"Understanding the World's Greatest Structures"

ADX Florence, Colorado

J. Martinez, Education Specialist

# Certificate of Completion

Awarded to

## Wayne Bridgewater

January 2019

For completing Reentry Course

"Professionalism 101: Skills to Succeed and Advance at Work"

ADX Florence, Colorado

_____
J. Martinez Education Specialist

# Certificate of Completion

Awarded to

## Wayne Bridgewater

January 2019

For completing Reentry Course

"Accounting Fundamentals"

ADX Florence, Colorado

_____
J. Martinez Education Specialist

# Certificate of Completion

Awarded to

# Wayne Bridgewater

February 2019

For completing Release Preparation Course

"Banking Skills"

ADX Florence, Colorado

_J. Martinez, Education Specialist_

# Certificate of Completion

*Awarded to*

## Wayne Bridgewater

*April 2019*

*For completing Adult Continuing Education Course*

*"Patton 360"*

ADX Florence, Colorado

_____
J. Martinez, Education Specialist

# Certificate of Completion

*Awarded to*

# Wayne Bridgewater

June 2019

*For completing the Adult Continuing Education Course*

*"The Physics of History"*

ADX Florence, Colorado

_____

*J. Martinez, Education Specialist*

# Certificate of Completion

Awarded to

# Wayne Bridgewater

September 2019

For completing the Adult Continuing Education Course

"Understanding Imperial China"

ADX Florence, Colorado

_____

J. Martinez, Education Specialist

# CERTIFICATE OF COMPLETION

*This document certifies that*

## WAYNE BRIDGEWATER



*has satisfactorily completed the*

## WHERE ARE THE JOBS

*at USP Florence, Colorado.*

*Dated this 26th day of September 2019.*

_____

*B. Chacon, Teacher*

# CERTIFICATE OF COMPLETION

*This document certifies that*

## WAYNE BRIDGEWATER



*has satisfactorily completed the*

## FOOD LABELS

*at USP Florence, Colorado.*

*Dated this 24th day of October 2019.*

_____

*B. Chacon, Teacher*

# CERTIFICATE OF COMPLETION

*This document certifies that*

## WAYNE BRIDGEWATER



*has satisfactorily completed the*

## STOKES AND BONDS

*at USP Florence, Colorado.*

*Dated this 10th day of October 2019.*

_____

*B. Chacon, Teacher*

# CERTIFICATE OF COMPLETION

*This document certifies that*

## WAYNE BRIDGEWATER



*has satisfactorily completed the*

## STRESS MANAGEMENT FOR PARENTS

*at USP Florence, Colorado.*

*Dated this 07th day of November 2019.*

*B. Chacon, Teacher*

# CERTIFICATE OF COMPLETION

*This document certifies that*

## WAYNE BRIDGEWATER



*has satisfactorily completed the*

## TYPES OF PARENTING

*at USP Florence, Colorado.*

*Dated this 21st day of November 2019.*

_____

B. Chacon, Teacher

# CERTIFICATE OF COMPLETION

*This document certifies that*

## WAYNE BRIDGEWATER



*has satisfactorily completed the*

## PARENTING RELATIONSHIP PRINCIPLE

*at USP Florence, Colorado.*

*Dated this 5th day of December 2019.*

B. Chacon, Teacher

# CERTIFICATE OF COMPLETION

*This document certifies that*

## WAYNE BRIDGEWATER



*has satisfactorily completed the*

## AFRICA

*at USP Florence, Colorado.*

*Dated this 19th day of December 2019.*

_____

*B. Chacon, Teacher*