# Exhibit C

```
 LOSB7            *       INMATE DISCIPLINE DATA         *    10-07-2025
 PAGE 001         *    CHRONOLOGICAL DISCIPLINARY RECORD  *    13:42:32

 REGISTER NO: 20220-148 NAME..: BRIDGEWATER, WAYNE K
 FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 10-07-2025

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2733941 - SANCTIONED INCIDENT DATE/TIME: 07-03-2015 1100
DHO HEARING DATE/TIME: 09-25-2015 1222          DHO REPT DEL: 10-19-2015 1435
FACL/CHAIRPERSON.....: FLM/S. BEICKER
REPORT REMARKS.......: DURING SEARCH OF CELL, STAFF LOCATED 800 PURPLE HEART
                       FOREVER STAMPS
   217  EXCHANGING MONEY FOR CONTRABND - FREQ: 1
        DS         / 1 DAYS / CS
        COMP:    LAW:    SENTRY PURPOSES ONLY
        LP COMM    / 60 DAYS / CS
        COMP:    LAW:
        MON FINE   / 75.00 DOLLARS / CS
        COMP:    LAW:    TO HOLD INMATE ACCOUNTABLE FOR ACTIONS AND DETER
                         FUTURE MISCONDUCT.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2717989 - SANCTIONED INCIDENT DATE/TIME: 05-21-2015 1300
UDC HEARING DATE/TIME: 05-27-2015 1436
FACL/UDC/CHAIRPERSON.: FLM/G/COULSON
REPORT REMARKS.......: INMATE MADE STATEMENT SANCTIONED TO 10 DAY LOSS OF
                       COMMISSARY SUSPENDED PENDING CLEAR CONDUCT
   335  COMMUNICATING GANG AFFILIATION - FREQ: 1
        LP COMM    / 10 DAYS / CS / SUSPENDED 45 DAYS
        COMP:    LAW:    SUSPENDED 45 DAYS PENDING CLEAR CONDUCT
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 561220 - SANCTIONED  INCIDENT DATE/TIME: 08-28-1997 1930
DHO HEARING DATE/TIME: 02-18-1998 0945
FACL/CHAIRPERSON.....: LEW/EMORY D
REPORT REMARKS.......: DENIED
   100  KILLING - FREQ: 1 ATI: IC5
        DS         / 60 DAYS / CS
        COMP:    LAW:
        FF SGT     / 2013 DAYS / CS
        COMP:    LAW:
        LOSE PRIV  / 5 YEARS / CS
        COMP:    LAW:    SOCIAL VISITS
        LOSE PRIV  / 2 YEARS / CS
        COMP:    LAW:    COMMISSARY
        TRANSFER   / CS
        COMP:    LAW:
   101  ASSAULTING WITH SERIOUS INJURY - FREQ: 1 ATI: IC4 RFP: A
        DS         / 60 DAYS / CS
        COMP:    LAW:
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DS         / 60 DAYS / CS
        COMP:    LAW:


G0002      MORE PAGES TO FOLLOW . . .
```

```
LOSB7             *       INMATE DISCIPLINE DATA          *     10-07-2025
PAGE 002          *    CHRONOLOGICAL DISCIPLINARY RECORD  *     13:42:32

REGISTER NO: 20220-148 NAME..: BRIDGEWATER, WAYNE K
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 10-07-2025

-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 438750 - SANCTIONED  INCIDENT DATE/TIME: 09-11-1996 1326
DHO HEARING DATE/TIME: 10-08-1996 1300
FACL/CHAIRPERSON.....: LEW/EMORY D
REPORT REMARKS.......: ADMITS USE OF OPIATES
   109  POSSESSING DRUGS OR DRUG ITEMS - FREQ: 1
        DS         / 60 DAYS / CS / SUSPENDED 180 DAYS
          COMP:     LAW:
        FF SGT     / 60 DAYS / CS
          COMP:     LAW:
        LOSE PRIV  / 180 DAYS / CS
          COMP:     LAW:    SOCIAL VISITS
        LOSE PRIV  / 90 DAYS / CS / SUSPENDED 180 DAYS
          COMP:     LAW:    COMMISSARY
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 369419 - SANCTIONED  INCIDENT DATE/TIME: 11-22-1995 1758
DHO HEARING DATE/TIME: 12-18-1995 0900
FACL/CHAIRPERSON.....: LEW/EMORY D
REPORT REMARKS.......: ADMITS USE OF MORPHINE
   109  POSSESSING DRUGS OR DRUG ITEMS - FREQ: 1
        DS         / 60 DAYS / CS
          COMP:     LAW:
        FF SGT     / 100 DAYS / CS
          COMP:     LAW:
        LOSE PRIV  / 1 YEARS / CS
          COMP:     LAW:    VISITS
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 362746 - SANCTIONED  INCIDENT DATE/TIME: 10-12-1995 1919
DHO HEARING DATE/TIME: 11-22-1995 1300
FACL/CHAIRPERSON.....: LEW/EMORY D
REPORT REMARKS.......: ADMITS USE OF MORPHINE
   109  POSSESSING DRUGS OR DRUG ITEMS - FREQ: 1
        DS         / 30 DAYS / CS / SUSPENDED 180 DAYS
          COMP:     LAW:
        FF SGT     / 60 DAYS / CS
          COMP:     LAW:
        LOSE PRIV  / 1 YEARS / CS / SUSPENDED 180 DAYS
          COMP:     LAW:    VISITS
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 332135 - SANCTIONED  INCIDENT DATE/TIME: 07-05-1995 1045
DHO HEARING DATE/TIME: 08-01-1995 0915
FACL/CHAIRPERSON.....: ALP/LOWTHER
REPORT REMARKS.......: ADMITTED (DRUG USE)
   109  POSSESSING DRUGS OR DRUG ITEMS - FREQ: 1
        DS         / 30 DAYS / CS
          COMP:     LAW:


G0002      MORE PAGES TO FOLLOW . . .
```

REGISTER NO: 20220-148 NAME..: BRIDGEWATER, WAYNE K
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 10-07-2025

```
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 327963 - SANCTIONED  INCIDENT DATE/TIME: 06-14-1995 1647
DHO HEARING DATE/TIME: 07-14-1995 0930
FACL/CHAIRPERSON.....: ALP/LOWTHER
REPORT REMARKS.......: ADMITTED
    109  POSSESSING DRUGS OR DRUG ITEMS - FREQ: 1
         DS         / 60 DAYS / CS
           COMP:     LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 323324 - SANCTIONED  INCIDENT DATE/TIME: 05-28-1995 0932
DHO HEARING DATE/TIME: 07-07-1995 1010
FACL/CHAIRPERSON.....: ALP/LOWTHER
REPORT REMARKS.......: 109 (DRUG USE)
    109  POSSESSING DRUGS OR DRUG ITEMS - FREQ: 1
         DS         / 60 DAYS / CS
           COMP:     LAW:
         FF SGT     / 100 DAYS / CS
           COMP:     LAW:
         TRANSFER   / CS
           COMP:     LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 299840 - SANCTIONED  INCIDENT DATE/TIME: 02-22-1995 2030
DHO HEARING DATE/TIME: 03-20-1995 1150
FACL/CHAIRPERSON.....: ALP/GONZALEZ J
REPORT REMARKS.......: NEITHER ADMITTED NOR DENIED (DRUG USE)
    109  POSSESSING DRUGS OR DRUG ITEMS - FREQ: 1
         DS         / 45 DAYS / CS
           COMP:     LAW:
         FF SGT     / 50 DAYS / CS
           COMP:     LAW:
         LOSE PRIV  / 210 DAYS / CS
           COMP:     LAW:    VISITS FROM 9/3/95-6/3/96 C/S TO #295699
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 295699 - SANCTIONED  INCIDENT DATE/TIME: 02-07-1995 2102
DHO HEARING DATE/TIME: 03-03-1995 1020
FACL/CHAIRPERSON.....: ALP/GONZALEZ J
REPORT REMARKS.......: ADMITS (DRUG USE)
    109  POSSESSING DRUGS OR DRUG ITEMS - FREQ: 1
         DS         / 30 DAYS / CS
           COMP:     LAW:
         FF SGT     / 25 DAYS / CS
           COMP:     LAW:
         LOSE PRIV  / 180 DAYS / CS
           COMP:     LAW:    VISITS FROM 3/3/95-9/3/95




G0002       MORE PAGES TO FOLLOW . . .
```

```
LOSB7            *        INMATE DISCIPLINE DATA          *     10-07-2025
PAGE 004 OF 004  *     CHRONOLOGICAL DISCIPLINARY RECORD  *     13:42:32

REGISTER NO: 20220-148 NAME..: BRIDGEWATER, WAYNE K
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 10-07-2025

--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 284229 - SANCTIONED   INCIDENT DATE/TIME: 12-09-1994 1342
DHO HEARING DATE/TIME: 01-12-1995 0910
FACL/CHAIRPERSON.....: FLM/LEE GREEN
REPORT REMARKS.......: GUILTY
    109  POSSESSING DRUGS OR DRUG ITEMS - FREQ: 1
         DS         / 60 DAYS / CS
         COMP:    LAW:
         FF SGT     / 30 DAYS / CS
         COMP:    LAW:    30 DAYS FORFEITED STATUTORY GOOD TIME TO DETER
                          FROM SIMILAR ACTS IN THE FUTURE
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 44023 - SANCTIONED    INCIDENT DATE/TIME: 09-12-1991 1030
DHO HEARING DATE/TIME: 09-19-1991 0940
FACL/CHAIRPERSON.....: LVN/GEOUGE, E.
REPORT REMARKS.......: INMATE GUILTY OF CODE 109A.
    109A POSSESSING DRUGS OR DRUG ITEMS - FREQ: 1
         DS         / 30 DAYS / CS
         COMP:    LAW:
         FF SGT     / 500 DAYS / CS
         COMP:    LAW:
         LOSE PRIV  / 365 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:    LOSS OF VISITS
         TRANSFER   / CS / SUSPENDED 180 DAYS
         COMP:    LAW:    RECOMMEND DISCIPLINARY TRANSFER
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1407 - SANCTIONED     INCIDENT DATE/TIME: 12-03-1990 1650
UDC HEARING DATE/TIME: 12-05-1990 1030
FACL/UDC/CHAIRPERSON.: MAR/TEAM 1/ELLET, R.
REPORT REMARKS.......: INMATE FOUND QUILTY
    305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         CONFISCATE / CS
         COMP:    LAW:    CONFISCATED PROPERTY




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```