# Exhibit D

```
LOSB7   531.01  *           INMATE HISTORY              *      10-07-2025
PAGE 001        *              ADM-REL                  *      13:43:04


 REG NO..: 20220-148 NAME....: BRIDGEWATER, WAYNE K
 CATEGORY: ARS        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 07-15-2025 1031 CURRENT
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 07-15-2025 0809 07-15-2025 1031
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 07-07-2025 1342 07-15-2025 0809
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 07-02-2025 0907 07-07-2025 1342
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 06-27-2025 1450 07-02-2025 0907
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 06-27-2025 1236 06-27-2025 1450
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 06-13-2025 1517 06-27-2025 1236
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 06-13-2025 1206 06-13-2025 1517
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 06-10-2025 1456 06-13-2025 1206
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 06-10-2025 1146 06-10-2025 1456
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 05-16-2025 1037 06-10-2025 1146
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 05-16-2025 0719 05-16-2025 1037
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 04-01-2025 1630 05-16-2025 0719
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 04-01-2025 1242 04-01-2025 1630
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 03-20-2025 1512 04-01-2025 1242
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 03-20-2025 1234 03-20-2025 1512
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 01-08-2025 1355 03-20-2025 1234
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 01-08-2025 1116 01-08-2025 1355
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 12-12-2024 1558 01-08-2025 1116
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 12-12-2024 1254 12-12-2024 1558
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 11-04-2024 1126 12-12-2024 1254
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 11-04-2024 0835 11-04-2024 1126
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 11-28-2023 1140 11-04-2024 0835
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 11-28-2023 0727 11-28-2023 1140
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 09-22-2023 1134 11-28-2023 0727
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 09-22-2023 0444 09-22-2023 1134
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 09-08-2022 0954 09-22-2023 0444
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 09-08-2022 0701 09-08-2022 0954
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 05-19-2022 0903 09-08-2022 0701
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 05-19-2022 0539 05-19-2022 0903
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 12-13-2021 1002 05-19-2022 0539
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 12-13-2021 0633 12-13-2021 1002
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 11-18-2021 1312 12-13-2021 0633
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 11-18-2021 0921 11-18-2021 1312
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 10-08-2021 1313 11-18-2021 0921
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 10-08-2021 0830 10-08-2021 1313
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 09-16-2021 1304 10-08-2021 0830
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 09-16-2021 0945 09-16-2021 1304
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 09-09-2021 1300 09-16-2021 0945
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 09-09-2021 0826 09-09-2021 1300
FLM    A-DES       DESIGNATED, AT ASSIGNED FACIL 08-26-2021 1445 09-09-2021 0826




G0002         MORE PAGES TO FOLLOW . . .
```

```
LOSB7    531.01  *              INMATE HISTORY              *      10-07-2025
PAGE 002         *                 ADM-REL                  *      13:43:04

  REG NO..: 20220-148 NAME....: BRIDGEWATER, WAYNE K
  CATEGORY: ARS        FUNCTION: PRT       FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 08-22-2021 1000 08-26-2021 1445
FLM    A-REL CHNG ADMISSION FOR RELEASE CHANGE  08-22-2021 0955 08-22-2021 1000
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 08-22-2021 1005 08-23-2021 1457
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL 08-11-2021 1340 08-22-2021 1005
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 08-11-2021 1043 08-11-2021 1340
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL 08-02-2021 1522 08-11-2021 1043
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 07-26-2021 0423 08-02-2021 1522
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL 06-30-2021 1017 07-26-2021 0423
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 06-30-2021 0727 06-30-2021 1017
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL 11-10-2020 1117 06-30-2021 0727
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 11-10-2020 0711 11-10-2020 1117
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL 02-19-2020 1108 11-10-2020 0711
5-X    RELEASE    RELEASED FROM IN-TRANSIT FACL 02-19-2020 1308 02-19-2020 1308
5-X    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-19-2020 1226 02-19-2020 1308
FLP    TRANSFER   TRANSFER                      02-19-2020 1026 02-19-2020 1026
FLP    A-DES      DESIGNATED, AT ASSIGNED FACIL 09-10-2019 1421 02-19-2020 1026
5-Z    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-10-2019 1621 09-10-2019 1621
5-Z    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-10-2019 1541 09-10-2019 1621
FLM    TRANSFER   TRANSFER                      09-10-2019 1341 09-10-2019 1341
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL 09-06-2019 0953 09-10-2019 1341
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 09-06-2019 0550 09-06-2019 0953
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL 02-20-2019 1430 09-06-2019 0550
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 02-20-2019 1110 02-20-2019 1430
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL 01-16-2018 1012 02-20-2019 1110
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 01-16-2018 0715 01-16-2018 1012
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL 04-14-2015 1348 01-16-2018 0715
5-Z    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-14-2015 1548 04-14-2015 1548
5-Z    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-14-2015 0754 04-14-2015 1548
FLM    FED WRIT   RELEASE ON FEDERAL WRIT       04-14-2015 0554 04-14-2015 1348
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL 11-04-2009 1018 04-14-2015 0554
FLM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 11-04-2009 0729 11-04-2009 1018
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL 10-28-2008 1146 11-04-2009 0729
FLM    ADM CHANGE RELEASE FOR ADMISSION CHANGE  10-28-2008 1143 10-28-2008 1146
FLM    A-PRE      PRE-SENT ADMIT, ADULT         05-09-2008 1737 10-28-2008 1143
FLM    ADM CHANGE RELEASE FOR ADMISSION CHANGE  05-09-2008 1736 05-09-2008 1737
FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL 05-09-2008 1735 05-09-2008 1736
9-L    RELEASE    RELEASED FROM IN-TRANSIT FACL 05-09-2008 1935 05-09-2008 1935
9-L    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-16-2008 1507 05-09-2008 1935
DSC    ADMIN REL  ADMINISTRATIVE RELEASE        04-16-2008 1407 04-16-2008 1407
DSC    A-ADMIN    ADMINISTRATIVE ADMISSION      04-16-2008 1111 04-16-2008 1407
I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL 04-16-2008 1211 04-16-2008 1211




G0002        MORE PAGES TO FOLLOW . . .
```

```
   LOSB7   531.01  *            INMATE HISTORY            *     10-07-2025
 PAGE 003         *               ADM-REL                 *     13:43:04

   REG NO..: 20220-148 NAME....: BRIDGEWATER, WAYNE K
   CATEGORY: ARS        FUNCTION: PRT         FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
 I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-07-2008 0530 04-16-2008 1211
 A02    RELEASE    RELEASED FROM IN-TRANSIT FACL  03-07-2008 0530 03-07-2008 0530
 A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-06-2008 0925 03-07-2008 0530
 OKL    HLD REMOVE HOLDOVER REMOVED               03-06-2008 0825 03-06-2008 0825
 OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  03-05-2008 1020 03-06-2008 0825
 B11    RELEASE    RELEASED FROM IN-TRANSIT FACL  03-05-2008 1120 03-05-2008 1120
 B11    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-05-2008 0517 03-05-2008 1120
 SPG    TRANSFER   TRANSFER                       03-05-2008 0417 03-05-2008 0417
 SPG    A-PRE      PRE-SENT ADMIT, ADULT          11-06-2007 1531 03-05-2008 0417
 SPG    ADM CHANGE RELEASE FOR ADMISSION CHANGE   11-06-2007 1530 11-06-2007 1531
 SPG    A-DES      DESIGNATED, AT ASSIGNED FACIL  11-06-2007 1529 11-06-2007 1530
 P07    RELEASE 11 RELEASED FROM IN-TRANSIT, NOV  11-06-2007 1629 11-06-2007 1629
 P07    A-ADMIT 02 ADMITTED TO IN-TRANSIT, FEB    02-10-2007 0530 11-06-2007 1629
 I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL  02-10-2007 0530 02-10-2007 0530
 I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-13-2006 0530 02-10-2007 0530
 A02    RELEASE    RELEASED FROM IN-TRANSIT FACL  10-13-2006 0530 10-13-2006 0530
 A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-12-2006 0840 10-13-2006 0530
 FLM    FED WRIT   RELEASE ON FEDERAL WRIT        10-12-2006 0640 05-09-2008 1735
 FLM    A-PRE      PRE-SENT ADMIT, ADULT          06-26-2006 1234 10-12-2006 0640
 FLM    ADM CHANGE RELEASE FOR ADMISSION CHANGE   06-26-2006 1233 06-26-2006 1234
 FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL  06-26-2006 1232 06-26-2006 1233
 FLM    ESCORT TRP ESC TRIP OTHER THAN LOCAL HOSP 06-26-2006 0625 06-26-2006 1232
 FLM    A-PRE      PRE-SENT ADMIT, ADULT          10-26-2004 1240 06-26-2006 0625
 FLM    MAND REL   MANDATORY RELEASE              10-26-2004 1239 10-26-2004 1240
 FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL  12-12-2002 1035 10-26-2004 1239
 A02    RELEASE    RELEASED FROM IN-TRANSIT FACL  12-12-2002 1235 12-12-2002 1235
 A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-12-2002 0830 12-12-2002 1235
 OKL    HLD REMOVE HOLDOVER REMOVED               12-12-2002 0730 12-12-2002 0730
 OKL    A-HLD      HOLDOVER, TEMPORARILY HOUSED   12-09-2002 1725 12-12-2002 0730
 A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  12-09-2002 1825 12-09-2002 1825
 A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-09-2002 0937 12-09-2002 1825
 LEW    HLD REMOVE HOLDOVER REMOVED               12-09-2002 0937 12-09-2002 0937
 LEW    A-HLD      HOLDOVER, TEMPORARILY HOUSED   12-06-2002 1348 12-09-2002 0937
 3-D    RELEASE    RELEASED FROM IN-TRANSIT FACL  12-06-2002 1348 12-06-2002 1348
 3-D    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-06-2002 0822 12-06-2002 1348
 LEW    HLD REMOVE HOLDOVER REMOVED               12-06-2002 0822 12-06-2002 0822
 LEW    A-HLD      HOLDOVER, TEMPORARILY HOUSED   11-25-2002 1843 12-06-2002 0822
 A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  11-25-2002 1843 11-25-2002 1843
 A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-25-2002 1115 11-25-2002 1843
 OKL    HLD REMOVE HOLDOVER REMOVED               11-25-2002 1015 11-25-2002 1015
 OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  11-21-2002 1645 11-25-2002 1015




 G0002       MORE PAGES TO FOLLOW . . .
```

```
 LOSB7    531.01  *              INMATE HISTORY              *     10-07-2025
 PAGE 004          *                ADM-REL                  *     13:43:04

   REG NO..: 20220-148 NAME....: BRIDGEWATER, WAYNE K
   CATEGORY: ARS        FUNCTION: PRT       FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
 5-Z    RELEASE    RELEASED FROM IN-TRANSIT FACL 11-21-2002 1745 11-21-2002 1745
 5-Z    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-21-2002 0457 11-21-2002 1745
 FLM    FED WRIT   RELEASE ON FEDERAL WRIT       11-21-2002 0257 12-12-2002 1035
 FLM    A-DES      DESIGNATED, AT ASSIGNED FACIL 08-19-1998 1229 11-21-2002 0257
 A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 08-19-1998 1429 08-19-1998 1429
 A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-19-1998 0930 08-19-1998 1429
 OKL    HLD REMOVE HOLDOVER REMOVED              08-19-1998 0830 08-19-1998 0830
 OKL    A-HLD      HOLDOVER, TEMPORARILY HOUSED  08-17-1998 1830 08-19-1998 0830
 A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 08-17-1998 1930 08-17-1998 1930
 A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-17-1998 0622 08-17-1998 1930
 LEW    TRANSFER   TRANSFER                      08-17-1998 0622 08-17-1998 0622
 LEW    A-DES      DESIGNATED, AT ASSIGNED FACIL 09-18-1995 2114 08-17-1998 0622
 5-T    RELEASE    RELEASED FROM IN-TRANSIT FACL 09-18-1995 2114 09-18-1995 2114
 5-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-18-1995 1918 09-18-1995 2114
 ALP    TRANSFER   TRANSFER                      09-18-1995 1918 09-18-1995 1918
 ALP    A-DES      DESIGNATED, AT ASSIGNED FACIL 01-17-1995 2135 09-18-1995 1918
 A01    RELEASE    RELEASED FROM IN-TRANSIT FACL 01-17-1995 2135 01-17-1995 2135
 A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-17-1995 0640 01-17-1995 2135
 ERE    HLD REMOVE HOLDOVER REMOVED              01-17-1995 0540 01-17-1995 0540
 ERE    A-HLD      HOLDOVER, TEMPORARILY HOUSED  01-13-1995 1630 01-17-1995 0540
 A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 01-13-1995 1730 01-13-1995 1730
 A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-13-1995 1250 01-13-1995 1730
 FLM    HLD REMOVE HOLDOVER REMOVED              01-13-1995 1050 01-13-1995 1050
 FLM    A-HLD      HOLDOVER, TEMPORARILY HOUSED  12-28-1994 1530 01-13-1995 1050
 5-X    RELEASE    RELEASED FROM IN-TRANSIT FACL 12-28-1994 1730 12-28-1994 1730
 5-X    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-28-1994 1714 12-28-1994 1730
 FLP    TRANSFER   TRANSFER                      12-28-1994 1514 12-28-1994 1514
 FLP    A-DES      DESIGNATED, AT ASSIGNED FACIL 06-02-1994 1155 12-28-1994 1514
 A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 06-02-1994 1355 06-02-1994 1355
 A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-02-1994 0700 06-02-1994 1355
 ERE    HLD REMOVE HOLDOVER REMOVED              06-02-1994 0600 06-02-1994 0600
 ERE    A-HLD      HOLDOVER, TEMPORARILY HOUSED  06-01-1994 1730 06-02-1994 0600
 S03    RELEASE    RELEASED FROM IN-TRANSIT FACL 06-01-1994 1830 06-01-1994 1830
 S03    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-01-1994 0701 06-01-1994 1830
 MAR    TRANSFER   TRANSFER                      06-01-1994 0601 06-01-1994 0601
 MAR    A-DES      DESIGNATED, AT ASSIGNED FACIL 11-26-1991 0905 06-01-1994 0601
 S05    RELEASE    RELEASED FROM IN-TRANSIT FACL 11-26-1991 1005 11-26-1991 1005
 S05    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-26-1991 0525 11-26-1991 1005
 THA    HLD REMOVE HOLDOVER REMOVED              11-26-1991 0525 11-26-1991 0525
 THA    A-HLD      HOLDOVER, TEMPORARILY HOUSED  11-25-1991 1440 11-26-1991 0525
 A02    RELEASE    RELEASED FROM IN-TRANSIT FACL 11-25-1991 1440 11-25-1991 1440




 G0002       MORE PAGES TO FOLLOW . . .
```

```
LOSB7   531.01  *            INMATE HISTORY          *      10-07-2025
PAGE 005         *              ADM-REL              *       13:43:04

 REG NO..: 20220-148 NAME....: BRIDGEWATER, WAYNE K
 CATEGORY: ARS       FUNCTION: PRT       FORMAT:

FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-25-1991 1030 11-25-1991 1440
ERE    HLD REMOVE HOLDOVER REMOVED               11-25-1991 0930 11-25-1991 0930
ERE    A-HLD      HOLDOVER, TEMPORARILY HOUSED   11-18-1991 1405 11-25-1991 0930
S01    RELEASE    RELEASED FROM IN-TRANSIT FACL  11-18-1991 1505 11-18-1991 1505
S01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-18-1991 0718 11-18-1991 1505
LVN    TRANSFER   TRANSFER                       11-18-1991 0618 11-18-1991 0618
LVN    A-DES      DESIGNATED, AT ASSIGNED FACIL  10-21-1991 1310 11-18-1991 0618
LVN    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  10-21-1991 1202 10-21-1991 1310
LVN    A-DES      DESIGNATED, AT ASSIGNED FACIL  08-07-1991 1426 10-21-1991 1202
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL  08-07-1991 1526 08-07-1991 1526
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-07-1991 0800 08-07-1991 1526
ERE    HLD REMOVE HOLDOVER REMOVED               08-07-1991 0700 08-07-1991 0700
ERE    A-HLD      HOLDOVER, TEMPORARILY HOUSED   08-06-1991 1930 08-07-1991 0700
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL  08-06-1991 2030 08-06-1991 2030
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-06-1991 1040 08-06-1991 2030
THA    HLD REMOVE HOLDOVER REMOVED               08-06-1991 0940 08-06-1991 0940
THA    A-HLD      HOLDOVER, TEMPORARILY HOUSED   08-05-1991 1635 08-06-1991 0940
3-M    RELEASE    RELEASED FROM IN-TRANSIT FACL  08-05-1991 1735 08-05-1991 1735
3-M    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-05-1991 1253 08-05-1991 1735
MAR    TRANSFER   TRANSFER                       08-05-1991 1153 08-05-1991 1153
MAR    A-DES      DESIGNATED, AT ASSIGNED FACIL  11-05-1990 1709 08-05-1991 1153
PIT    RELEASE    RELEASED FROM IN-TRANSIT FACL  11-05-1990 1809 11-05-1990 1809
PIT    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-23-1990 0737 11-05-1990 1809
I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL  10-23-1990 0737 10-23-1990 0737
I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-23-1990 1002 10-23-1990 0737
MAR    STATE WRIT RELEASE ON STATE WRIT          09-23-1990 0902 11-05-1990 1709
MAR    A-DES      DESIGNATED, AT ASSIGNED FACIL  05-19-1988 2045 09-23-1990 0902
I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL  05-19-1988 2145 05-19-1988 2145
I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-19-1988 1350 05-19-1988 2145
THA    HLD REMOVE HOLDOVER REMOVED               05-19-1988 1250 05-19-1988 1250
THA    A-HLD      HOLDOVER, TEMPORARILY HOUSED   05-17-1988 0910 05-19-1988 1250
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL  05-17-1988 1010 05-17-1988 1010
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-17-1988 0530 05-17-1988 1010
ERE    HLD REMOVE HOLDOVER REMOVED               05-17-1988 0430 05-17-1988 0430
ERE    A-HLD      HOLDOVER, TEMPORARILY HOUSED   05-06-1988 1850 05-17-1988 0430
I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL  05-06-1988 1950 05-06-1988 1950
I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-06-1988 0900 05-06-1988 1950
PHX    HLD REMOVE HOLDOVER REMOVED               05-06-1988 0600 05-06-1988 0600
PHX    A-HLD      HOLDOVER, TEMPORARILY HOUSED   05-05-1988 1652 05-06-1988 0600
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL  05-05-1988 1952 05-05-1988 1952
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-05-1988 1338 05-05-1988 1952




G0002       MORE PAGES TO FOLLOW . . .
```

```
LOSB7    531.01  *              INMATE HISTORY               *     10-07-2025
PAGE 006 OF 006 *                ADM-REL                      *     13:43:04

  REG NO..: 20220-148 NAME....: BRIDGEWATER, WAYNE K
  CATEGORY: ARS        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
LOM    TRANSFER   TRANSFER                       05-05-1988 1038 05-05-1988 1038
LOM    A-DES      DESIGNATED, AT ASSIGNED FACIL  06-18-1986 1326 05-05-1988 1038
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  06-18-1986 1626 06-18-1986 1626
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-18-1986 0840 06-18-1986 1626
ERE    HLD REMOVE HOLDOVER REMOVED               06-18-1986 0740 06-18-1986 0740
ERE    A-HLD      HOLDOVER, TEMPORARILY HOUSED   06-17-1986 1910 06-18-1986 0740
I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL  06-17-1986 2010 06-17-1986 2010
I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-17-1986 1134 06-17-1986 2010
MAR    TRANSFER   TRANSFER                       06-17-1986 1034 06-17-1986 1034
MAR    A-DES      DESIGNATED, AT ASSIGNED FACIL  08-01-1985 1744 06-17-1986 1034
I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL  08-01-1985 1744 08-01-1985 1744
I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-01-1985 1357 08-01-1985 1744
MAR    FED WRIT   RELEASE ON FEDERAL WRIT        08-01-1985 1357 08-01-1985 1744
MAR    A-DES      DESIGNATED, AT ASSIGNED FACIL  07-06-1983 1645 08-01-1985 1357
MAR    TEMP REM   TEMPORARY REMOVAL              07-06-1983 1503 07-06-1983 1645
MAR    A-DES      DESIGNATED, AT ASSIGNED FACIL  03-05-1982 1305 07-06-1983 1503
MAR    DAY WRIT   WRIT RELS W/SCHEDULED RETURN   03-05-1982 0843 03-05-1982 1305
MAR    A-DES      DESIGNATED, AT ASSIGNED FACIL  01-21-1982 1630 03-05-1982 0843
MAR    DAY WRIT   WRIT RELS W/SCHEDULED RETURN   01-21-1982 1040 01-21-1982 1630
MAR    A-DES      DESIGNATED, AT ASSIGNED FACIL  01-07-1982 1320 01-21-1982 1040
MAR    DAY WRIT   WRIT RELS W/SCHEDULED RETURN   01-07-1982 0840 01-07-1982 1320
MAR    A-DES      DESIGNATED, AT ASSIGNED FACIL  11-13-1980 0746 01-07-1982 0840




  G0000        TRANSACTION SUCCESSFULLY COMPLETED
```