JOHNPAUL LECEDRE (Cal. Bar No. 303100)
Assistant United States Attorney
1200 United States Courthouse
312 North Spring Street, 14th Floor
Los Angeles, California 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:02-cr-00938-DOC-13 |
| v. | |
| BARRY BYRON MILLS, et al. | **NOTICE OF MANUAL FILING** |
| Wayne Bridgewater (13) | **OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed [ ] Lodged: **(List Documents)**

GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JOHNPAUL LECEDRE
[PROPOSED] ORDER SEALING DOCUMENTS

EXHIBIT J - DEFENDANT'S MEDICAL RECORDS (2023)
EXHIBIT K - DEFENDANT'S MEDICAL RECORDS (2024)
EXHIBIT L - DEFENDANT'S MEDICAL RECORDS (2025)

LODGED UNDER SEAL

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

| November 17, 2025 | JOHNPAUL LECEDRE |
|---|---|
| Date | Attorney Name |
| | UNITED STATES OF AMERICA |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)      **NOTICE OF MANUAL FILING OR LODGING**