**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Case: 2:02cr0938  Doc: 7505

7505

Joseph L. Green
The Law Firm of Joseph Green
1 McBride and Sons Center Drive  Suite 225A
Chesterfield, MO 63005

-R-T-S-    630055241-1N         01/06/26

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

2:02cr00938-DOC

CV



FILED
CLERK, U.S. DISTRICT COURT
JAN 1 2 2026
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 1 2 2026
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY



Joseph L. Green
The Law Firm of Joseph Green
1 McBride and Sons Center Drive  Suite 225A
Chesterfield, MO 63005

(deansteward7777@gmail.com, deansteward@fea.net), Brian A Sun (brian.sun@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com, matthew.park@nortonrosefulbright.com), Hugo Torbet (hugotorbet@yahoo.com), US Attorney's Office (caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov), Joseph F. Walsh (attyjoewalsh@aol.com), William A Welch (welchwma@gmail.com), Katherine K. Windsor (katy@windsorlaw.us), Stephen G Wolfe (caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov), Elizabeth R Yang (caseview.ecf@usdoj.gov, elizabeth.yang2@usdoj.gov, usacac.criminal@usdoj.gov), Judge David O. Carter (crd_carter@cacd.uscourts.gov) --Non Case Participants: Bureau of Prisons (bop-cpd-dsc-teamlima-s@bop.gov, bop-cpd-dsc-teampapa-s@bop.gov, los-correctionalsys-s@bop.gov), FPD Appeals Chief (margaret_farrand@fd.org), Federal Public Defender Appointment On Any Criminal Case (cac_appointments@fd.org), November Team (bop-cpd-dsc-teamlima-s@bop.gov), U.S. Probation and Pretrial Services (intake_cacp@cacp.uscourts.gov) --No Notice Sent: Message-Id:<41579315@cacd.uscourts.gov>Subject:Activity in Case 2:02-cr-00938-GHK USA v. Mills et al Order on Motion to Reduce Sentence pursuant to Compassionate Release Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 12/19/2025 at 5:34 PM PST and filed on 12/19/2025

| | |
|---|---|
| **Case Name:** | USA v. Mills et al |
| **Case Number:** | 2:02-cr-00938-DOC |
| **Filer:** | |
| **Document Number:** | 7505 |

**Docket Text:**
**ORDER DENYING DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A) [7496] by Judge David O. Carter: Defendant has failed to establish extraordinary and compelling reasons under 18 U.S.C. 3582(c)(1)(A), and the Court further concludes that the sentencing factors under 18 U.S.C. 3553(a) provide an independent and sufficient basis for denial. Defendant's Motion for Compassionate Release and/or Reduction in Sentence is therefore DENIED. SEE DOCUMENT FOR FURTHER INFORMATION. (es)**